UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LA

2008 DEC 12  A 10: 27

BY DEPUTY CLERK

RANDALL GRAHAM (#219184)

VERSUS

BURL CAIN, ET AL

CIVIL ACTION

NO. 07-524-C

**J U D G M E N T**

For the written reasons assigned and filed herein:

IT IS ORDERED ADJUDGED AND DECREED that the petition for writ of habeas corpus filed by Randall Graham is dismissed with prejudice.

All other pending motions in this action are hereby dismissed, as moot.

Baton Rouge, Louisiana, December        10        , 2008.


RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA